Matthew B. Hayes (SBN 220639)
Kye D. Pawlenko (SBN 221475)
mhayes@helpcounsel.com
kpawlenko@helpcounsel.com
HAYES PAWLENKO LLP
595 E. Colorado Blvd., Ste. 303
Pasadena, CA 91101
Tel: (626) 808-4357
Fax: (626) 921-4932

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. HOWARD MUSGROVE, an individual on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON NURSE PROFESSIONALS, LLC, et al.<br><br>Defendants. | CASE NO. 2:17-cv-06565-FMO-JPR<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY ONLY**<br><br>Date: December 5, 2019<br>Time: 10:00 a.m.<br>Location: Courtroom 6D |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on December 5, 2019 at 10:00 a.m. in Courtroom 6D of the United States District Court for the Central District of California, located at 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, the Honorable Fernando M. Olguin presiding, Plaintiff E. Howard Musgrove ("Plaintiff"), on behalf of himself and the certified Rule 23 class and Fair Labor Standards Act ("FLSA") collective, will and hereby does move the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting partial summary judgment as to liability only on the First through Fifth Claims in the First Amended Complaint as follows:

**Claim Nos. 1 & 4:** With respect to Claim Nos. 1 and 4 for violation of California Labor Code § 510 and the FLSA, 29 U.S.C. § 207, respectively, this motion seeks an order that:

- Defendant Jackson Nurse Professionals, LLC ("Defendant") is liable for violating Labor Code § 510 and 29 U.S.C. § 207 by excluding the value of per diem benefits and non-discretionary bonuses from the "regular rate" for purposes of calculating the overtime wages owing to the Rule 23 class and FLSA collective;
- Defendant is liable to the FLSA collective for liquidated damages under 29 U.S.C. § 216(b) for violating 29 U.S.C. § 207; and
- The three-year statute of limitations applies to Defendant's violation of 29 U.S.C. § 207.

**Claim No. 2:** With respect to Claim No. 2, this motion seeks an order that Defendant is liable for violating California Business & Professions Code §17200, et seq. by failing to pay all overtime wages owing to the Rule 23 class.

**Claim No. 3:** With respect to Claim No. 3, this motion seeks an order that Defendant is liable for waiting time penalties under California Labor Code § 203 by

failing to pay all overtime wages owing to the Rule 23 class at the discharge of employment.

**Claim No. 5:** With respect to Claim No. 5, this motion seeks an order that Defendant is liable for civil penalties under California Labor Code § 2698, et seq. for violating California Labor Code § 510.

This motion is made following multiple conferences of counsel pursuant to L.R. 7-3 and this Court's Order re Summary Judgment Motion (Dkt. # 24), the last of which took place during the week of September 16, 2019. This motion is made on the ground that undisputed facts establish Defendant's liability as to each of the above Claims as a matter of law. This motion will be based on this Notice, the Joint Memorandum of Points & Authorities filed concurrently herewith, the Joint Appendix of Undisputed and Disputed Facts filed concurrently herewith, the Joint Evidentiary Appendix filed concurrently herewith, the Request for Judicial Notice filed concurrently herewith, all records and pleadings on file in this action, and on such evidence and argument as may be presented at the hearing.

DATED: October 24, 2019 **HAYES PAWLENKO LLP**

By:/s/Matthew B. Hayes
MATTHEW B. HAYES
Attorneys for Plaintiff