**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Suite 2B
South Pasadena, California 91030
Tel: (626) 808-4357

Attorneys for Plaintiff
E. HOWARD MUSGROVE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. HOWARD MUSGROVE, an individual on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON NURSE PROFESSIONALS, LLC; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-06565-FMO-JPR<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:      May 12, 2022<br>Time:      10:00 a.m.<br>Location:  Courtroom 6D |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

1

**TO THE COURT, DEFENDANT JACKSON NURSE PROFESSIONALS, LLC, AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 12, 2022 at 10:00 a.m. in Courtroom 6D of the United States District Court for the Central District of California, located at 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, the Honorable Fernando M. Olguin presiding, Plaintiff E. Howard Musgrove, on behalf of himself and the certified Rule 23 class and Fair Labor Standards Act collective, will move and hereby does move for entry of an Order granting final approval of the Joint Stipulation and Settlement Agreement ("Settlement") submitted at Docket No. 95-4. Good cause exists for granting final approval of the Settlement in that the proposed Settlement is fair, reasonable, and adequate.

The motion is unopposed by Defendant Jackson Nurse Professionals, LLC and will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the declarations filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court at, or in advance of, the hearing.

DATED:  April 8, 2022                    HAYES PAWLENKO LLP

                                        By:/s/Matthew B. Hayes
                                          Attorneys for Plaintiff

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**