**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. HOWARD MUSGROVE, an individual on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JACKSON NURSE PROFESSIONALS, LLC, et al.,<br><br>　　　　　Defendants. | Case No. CV 17-6565 FMO (SSx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

　　　1.　Plaintiff E. Howard Musgrove shall be paid a service payment of $7,500.00 in accordance with the terms of the Settlement Agreement and the Order.

　　　2.　Class counsel shall be paid $658,333.33 in attorney's fees, and $5,424.37 in costs in accordance with the terms of the Settlement Agreement and the Order.

　　　3.　The Claims Administrator, ILYM, shall be paid for its fees and expenses in accordance with the terms of the Settlement Agreement.

　　　4.　The LWDA shall be paid $37,500.00 pursuant to the Settlement Agreement.

　　　5.　All class members who did not validly and timely request exclusion have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined

1  in the Settlement Agreement).

2       6.  Except as to any class members who have validly and timely requested exclusion, this
3  action is dismissed with prejudice, with all parties to bear their own fees and costs except as set
4  forth herein and in the prior orders of the court.
5  Dated this 24th day of June, 2022.

                                            /s/
                               Fernando M. Olguin
                             United States District Judge